# Exhibit 2

Defendant #1 Goimu's Offer for Sale To Virginia





Defendant #2 EVOLPOW's Offer for Sale To Virginia





Defendant #5 RUNREELY's Offer for Sale To Virginia





Defendant #6 JELENS's Offer for Sale To Virginia





Defendant #7 YOLEO's Offer for Sale To Virginia





Defendant #12 HOMLANE's Offer for Sale To Virginia



Defendant #19 HOMSURE 's Offer for Sale To Virginia



Defendant #20 GlowSol's Offer for Sale To Virginia




Defendant #22 Royal Fitness's Offer for Sale To Virginia



