# Schedule A

| Defendant No. | Defendants' Names | Store ID/Weblink | ASIN/Product ID |
|---|---|---|---|
| #1 | Goimu | https://www.amazon.com/s?me=A2GL5CR6DRZJ58&marketplaceID=ATVPDKIKX0DER | B0DYDHD38B |
| | | | B0DWDK97VB |
| | | | B0F1D3FDLP |
| | | | B0F1D381H5 |
| #2 | EVOLPOW | https://www.amazon.com/s?me=A35PHH7T8RTC2U&marketplaceID=ATVPDKIKX0DER | B0DJPD9VTH |
| | | | B0DJP8WJSW |
| | | | B0DT489N8F |
| | | | B0F66Z81BF |
| | | | B0DJP33CW3 |
| #3 | EonfitOmni | https://www.amazon.com/stores/EONFIT-YourOwnWorkoutZone/page/0DA84975-F384-459E-8A46-D2AD5AAAB278?lp_asin=B0CV4YV4YB&ref_=ast_bln&store_ref=bl_ast_dp_brandLogo_sto | B0DXTP91BV |
| | | | B0DX6RP8YR |
| | | | B0CV5VJCZZ |
| #4 | Garveelife | https://www.amazon.com/stores/GarveeLife/page/2238C1AC-43E5-4415-8B0F-8507C74E93EC?lp_asin=B0D5CM37WV&ref_=ast_bln&store_ref=bl_ast_dp_brandLogo_sto | B0D5CLDNJL |
| | | | B0D5CM37WV |
| | | | B0FBGPFC6X |
| | | | B0DT144R4G |

1

# Schedule A

|  |  |  | B0F9JX7L9F |
|---|---|---|---|
|  |  |  | B0DY4PXQC7 |
| #5 | RUNREELY | https://www.amazon.com/stores/RUNFREELY/page/8A61D48D-0E2C-41A4-B6C0-45836E6E60EA | B0DNQ71WQ4 |
|  |  |  | B0F6V5ZBTT |
| #6 | JELENS | https://www.amazon.com/stores/JELENS/page/0F0679A2-E331-4970-8FE1-B8F449721140 | B0F486FC9L |
|  |  |  | B0FB3TJ697 |
|  |  |  |  |
| #7 | YOLEO | https://www.amazon.com/stores/Yoleo/page/B5FD68C4-FE7F-4504-A019-4864568E8E8A?lp_asin=B0DYDNWDG7&ref_=ast_bln&store_ref=bl_ast_dp_brandLogo_sto | B0DYDNWDG7 |
|  |  |  | B0F5W96NQV |
| #8 | FEIERDUN | Amazon.com: FEIERDUN | B0F24L8VHC |
| #9 | Towallmark | Amazon.com: Towallmark | B0DW42R5F1 |
| #10 | Powercom Fitness | Amazon.com : Powercom Fitness | B0DPHF4TJP |
| #11 | Hipicute | Amazon.com: Hipicute: Hipicute | B0DY3RRWVB |
|  |  |  | B0DTKMSBS9 |
|  |  |  | B0D6RQQHVD |
|  |  |  | B0DY43LF3M |
| #12 | HOMLANE | Amazon.com: HOMLANE | B0DLGXHKFJ |
| #13 | OutdoorVibe | Amazon.com : OutdoorVibe | B0DYNQM1NY |
| #14 | DONOW | Amazon.com: DONOW FITNESS & HOME GYM | B0F32G7TH3 |

2

# Schedule A

| #15 | GAOMON | https://www.amazon.com/2000Lbs-Capacity-Crossover-Independent-Workout/dp/B0DW8WMRB8/ref=sr_1_152?crid=11XEZ3KTZEXLI&dib=eyJ2IjoiMSJ9.DI0MdGkP-c1ltsP8uAb2f0V_uGXRqMEJ3Yp5XTVkGmC5mWaPLtJOR5Z-ZiMIwwIItYAyYLnagVxHbyxDnQsW4zaWq5yJCDZaaAaf2b7xBrs.oqtuEUysUEseEx | B0DW8WMRB8 |
|---|---|---|---|
| #16 | HarmonyHealth | https://www.amazon.com/HarmonyHealth-Crossover-Adjustable-Multi-Function-Attachments/dp/B0DKF88ZBY/ref=sr_1_148?crid=11XEZ3KTZEXLI&dib=eyJ2IjoiMSJ9.F_z5BaqKOYszv3z38o1RB7HMbaj67fSmvnbxgb_OArCROQN2iXSQuYmZEh-W2uJmGjlXL-pFL4yMbImTq2_UQTAdq_lazAaw8YVbrGGqVOh | B0DKF88ZBY |
| #17 | Jenser | https://www.amazon.com/Multi-Function-Power-Cage-Pulldown-Attachments/dp/B0DTPM87FR/ref=sr_1_313?crid=11XEZ3KTZEXLI&dib=eyJ2IjoiMSJ9.AO5GmENAvOSUREDQltOuf169PYMXL78_SRo95gCICR9zpeTnvMLCVLp1Mw24aYWTQYZ7bgq4TMYq8-YJb5T_fBglMbwhVXMATEeygvBT2wTBRR6gziAlRlWfSt | B0DTPM87FR |
| #18 | FAGUS H | https://www.amazon.com/Simth%CE%94-Machine-Adjustable-Preacher-LAT-Pull/dp/B0DP4Q7Q5C/ref=sr_1_361?crid=11XEZ3KTZEXLI&dib=eyJ2IjoiMSJ9.PU0cCU0-v-aOXljr_8setUBl5dc9FbvCY5Dujc3zSuir6YlC7THU4zkpMZ96YOUdXS8LLKhfs_fvscuLadodtl3BWDgIeoMnSxsfuQozeLam0p8v-APbsokX | B0DP4Q7Q5C |
| #19 | HOMSURE | https://www.amazon.com/Multifunctional-Strength-Training-LAT-Pull-Attachment/dp/B0DXVR1Z83/ref=sr_1_413?crid=11XEZ3KTZEXLI&dib=eyJ | B0DXVR1Z83 |

# Schedule A

|  |  |  |  |
|---|---|---|---|
|  |  | 2IjoiMSJ9.uRYLfQEVoNIXbgkP2Sfxo9FxIFkHZJuQF2lf0ToX1hwiEIWAzYuOa0LxJ5CqnPpzzNvzq8QTQcg91hWLJGyvVnq_lisZ1BVi9pXOVa63GGeezD3RUtG | B0DD3LRF5B |
| #20 | GlowSol | https://www.amazon.com/Multi-Functional-Capacity-Strength-Training-Attachment/dp/B0DMRVGXD5/ref=sr_1_411?crid=11XEZ3KTZEXLI&dib=eyJ2IjoiMSJ9.wL9kB9ikhGrDPvbqWwXEmkG-sKftJ_ZGyyYIEAXrrw6_2DUkQV1F2I6ao6SY8GbpRwfaRABs14y-L1uxlfyyWst4glnrvtD4IN83BgJEBuMpZc1dxk | B0DMRVGXD5 |
|  |  |  | B0DMVNFH5R |
| #21 | Temtum | https://www.amazon.com/Temtum-Crossover-Multi-Function-Functional-Attachments/dp/B0DD6CW9WC/ref=sr_1_435?crid=11XEZ3KTZEXLI&dib=eyJ2IjoiMSJ9.6SbQfnBGk8Decm2VBypMliokILAN3moX5YHjVAT5cgYK-hPF2JhK0ew3dsOzSJdVrJvbOdFIVtXEfgV2gJ88D2hOvCun6dC59w9IR0z7HXgGeOSKOt | B0DD6CW9WC |
| #22 | Ernst Int (Royal Fitness) | https://www.amazon.com/Royal-Fitness-Machine-Crossover-Packaged/dp/B0DMSTTVQT/ref=sr_1_440?crid=11XEZ3KTZEXLI&dib=eyJ2IjoiMSJ9.6SbQfnBGk8Decm2VBypMliokILAN3moX5YHjVAT5cgYK-hPF2JhK0ew3dsOzSJdVrJvbOdFIVtXEfgV2gJ88D2hOvCun6dC59w9IR0z7HXgGeOSKOtFufr-ZFT3hqiKM | B0DMSTTVQT |
|  |  |  | B0DFWM2X5T |
| #23 | KUNRAM | https://www.amazon.com/Capacity-Crossover-Multifunctional-Equipment-Attachments/dp/B0D9D4NC61/ref=sr_1_460?crid=11XEZ3KTZEXLI&dib=eyJ2IjoiMSJ9.6GXHAy6StquQW4juE7k0Qs1xdzsZg3ng2ym53S51Rp7P54dhgxhvwud-LnqhOeKFgEHLzKyYD0jkeXUJHHtzskhaahKyZBsgjDCJqRSyOJVcqvTY | B0D9D4NC61 |
| #24 | snode | https://www.amazon.com/Machine-Crossover-Advanced-Pull-Down- | B0DKSPVLXK |

## Schedule A

|  |  | Capacity/dp/B0DKSPVLXK/ref=sr_1_464?crid=11XEZ3KTZEXLI&dib=eyJ2IjoiMSJ9.6GXHAy6StquQW4juE7k0Qs1xdzsZg3ng2ym53S51Rp7P54dhgxhvwud-LnqhOeKFgEHLzKyYD0jkeXUJHHtzskhaahKyZBsgjDCJqRSyOJVcqvTYd5CcAc329yC |  |
|---|---|---|---|